**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

FLAVCITY HEALTH, LLC,

Plaintiff,

v.

WHITE MOUNTAIN CHAGA LLC, d/b/a PEAK STATE COFFEE,

Defendant.

Case No. 1:26-cv-10943

**COMPLAINT**

Plaintiff FlavCity Health, LLC ("FlavCity") files this Complaint against Defendant White Mountain Chaga LLC, d/b/a Peak State Coffee ("Peak State") seeking a declaratory judgment of noninfringement and cancellation of Peak State's federal trademark registrations. In support of its claims, FlavCity shows the Court as follows:

**NATURE OF THE ACTION**

1. In recent years, consumers have shown growing demand for food and beverage products that offer nutritional, functional, or wellness advantages beyond basic sustenance. As a result, an expanding array of "functional" products—fortified or formulated with added vitamins, minerals, protein, probiotics, antioxidants, adaptogens, nootropics, and similar ingredients—have entered the market.

2. Naturally, companies that offer these products need to be able to convey to consumers that they come "with benefits," offering something more than their conventional counterparts.

3. With respect to coffee in particular, numerous companies have begun offering "coffee with benefits." Consumers have come to understand this descriptive phrase as a general

product category for caffeinated beverages that also may boost metabolism or energy, improve the immune system, increase mental focus, and/or improve gut health.

4. As a result, when FlavCity recently began offering a new instant coffee product containing functional ingredients such as collagen, prebiotic fiber, MCT oil, and L-theanine, it referred to the product as “coffee with benefits.”

5. Peak State offers its own “coffee with benefits” product infused with “functional mushrooms” that Peak State claims provide “a natural boost of energy and focus without the crash often associated with energy drinks.”

6. Peak State obtained a federal trademark registration for “COFFEE WITH BENEFITS,” which it now seeks to wield as a weapon against honest competitors in its product category.

7. Peak State sent a cease and desist letter to the Florida offices of an entity related to FlavCity on August 24, 2026, demanding that within 10 days, FlavCity completely phase out of all use of “coffee with benefits” and destroy all existing product packaging and advertising bearing that phrase.

8. Peak State also sent a similar demand to Target Corporation (“Target”), a major retailer carrying FlavCity’s product. Upon information and belief, Peak State sent the letter to Target with intent to adversely affect FlavCity’s relationship with Target.

9. Peak State has even attempted to undermine FlavCity’s online sales platform by submitting a takedown request to Shopify alleging trademark infringement.

10. Peak States’s abusive overreach is interfering with FlavCity’s legitimate, good faith business operations, and also threatens the livelihood of other third parties who need to use “coffee with benefits” to describe their own products.

11. Therefore, FlavCity brings this action to obtain a declaratory judgment of noninfringement of Peak State's claimed trademark, as well as cancellation of Peak State's registrations that include the descriptive phrase "with benefits," in which Peak State should not be allowed to claim exclusive rights.

## PARTIES

12. Plaintiff FlavCity Health, LLC is a limited liability company organized and existing under the laws of the State of Delaware, maintaining an office and all of its core business operations at 500 West Madison Street, Suite 1000, Chicago, Illinois 60661.

13. Upon information and belief, Defendant Peak State is a limited liability company organized and existing under the laws of the State of Colorado, maintaining an office at 6560 Odell Place, Suite C, Boulder, Colorado 80301. Upon information and belief, Peak State may be served with process through its Registered Agent, Daniel Thomas Walsh, at 1905 15th Street, Unit 543, Boulder, Colorado 80306.

## JURISDICTION AND VENUE

14. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 2201 because this case arises under the Federal Declaratory Judgment Act, and under 15 U.S.C. §§ 1119, 1121 and 28 U.S.C. §§ 1331 and 1338 because this case also arises under the Federal Trademark Act of 1946, as amended, 15 U.S.C. § 1051 *et seq*.

15. This Court has personal jurisdiction over Peak State because, upon information and belief, Peak State does business in the State of Illinois by selling coffee products nationwide, including in Illinois, through online sales platforms and/or third-party retail outlets. Moreover, Peak State has accused FlavCity, a business operating in Illinois, with selling coffee products nationwide, including in Illinois, bearing the phrase at issue in this case.

16. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because this is a civil action involving Peak State's allegations of trademark infringement against FlavCity which resides in this District; a substantial part of the acts or omissions giving rise to FlavCity's claims occurred in this District; and Peak State is a company subject to personal jurisdiction in this District.

## BACKGROUND

### The Phrase "Coffee With Benefits" Is Merely Descriptive

17. The concept of and phrase "coffee with benefits" has been circulating in the popular vernacular for almost 20 years, with the phrase used in an October 11, 2008 *Los Angeles Times* article describing multiple offerings of coffee that included extra ingredients "intended to have actual benefits, such as boosting metabolism or energy, improving the immune system or increasing mental focus."[1]

18. Unsurprisingly, a host of third parties now use this phrase to describe functional coffee products. A non-exclusive list of third party descriptive use of "coffee with benefits" is set forth below:

a. Bona Fide Juicery 2019 post discussing "coffee with benefits"[2]

b. *Iconic Life* 2020 post discussing "coffee with benefits".[3]

c. *Cycling Weekly* 2024 post discussing "coffee with benefits."[4]

---

[1] *See* https://www.latimes.com/archives/blogs/booster-shots/story/2008-10-11/want-coffee-with-benefits-heres-what-youll-get (Last visited September 9, 2026).

[2] https://www.bonafidejuicery.com/coffee/ (Last visited September 9, 2026).

[3] https://iconiclife.com/how-to-make-healthy-coffee/ (Last visited September 9, 2026).

[4] https://www.cyclingweekly.com/fitness/can-coffee-with-benefits-make-you-a-better-cyclist (Last visited September 9, 2026).

d. Multiple ByWaqa 2026 posts discussing "coffee with benefits".[5]

e. Sucafina Instant Coffee post regarding "coffee with benefits".[6]

f. "Early Owl [Coffee With Benefits]" from Nio's Shake.[7]

g. Paleo Organic Valley described as "coffee with benefits".[8]

h. Alpine Start "coffee with benefits".[9]

i. Pow Coffee described as "coffee with benefits".[10]

j. Kahawa 1893 collection of "coffee with benefits".[11]

k. Four Sigmatic coffee described as "coffee with benefits".[12]

**FlavCity's Beverage Business**

19. FlavCity's predecessor-in-interest was founded in 2012 by the popular social media personality Bobby Parrish ("Parrish"). Parrish is a digital creator, home cook, author, and founder of the FLAVCITY® clean-label food, beverage, and supplement brand. He is known for helping consumers navigate grocery aisles, decode ingredient labels, and spot ultra-processed foods and unwanted additives.

20. Parrish and his team at FlavCity have been building the FLAVCITY® brand for more than a decade, and have invested substantial time and energy building significant consumer

[5] https://blog.bywaqa.com/blog/ritual-first-coffee-with-benefits-why-tablets-change-the-game (Last visited September 9, 2026); https://blog.bywaqa.com/blog/coffee-with-benefits-outcome-framework-with-brewing-guidance (Last visited September 9, 2026).

[6] https://instant.sucafina.com/news/coffee-with-benefits (Last visited September 9, 2026).

[7] https://niosshake.com/order/nios-shake-fidi-63b-nassau-street/item-early-owl-coffee-with-benefits-35g-protein_68229c2e-ba47-4178-8599-6c5e5f20f760 (Last visited September 9, 2026).

[8] https://paleovalley.com/store/coffee? (Last visited September 9, 2026).

[9] https://huckberry.com/store/alpine-start/category/p/78650-coffee-with-benefits? (Last visited September 9, 2026).

[10] https://getpow.co/products/wonder-coffee-starter-pack? (Last visited September 9, 2026).

[11] https://kahawa1893.com/collections/coffee-with-benefits? (Last visited September 9, 2026).

[12] https://us.foursigmatic.com/blogs/mushrooms/10-reasons-why-people-love-this-coffee? (Last visited September 9, 2026).

goodwill around FLAVCITY® and FLAVCITY CAFÉ™ as indicators of the source of high-quality products and "the trusted source for all things clean nutrition."

21. FlavCity and its affiliated companies own a number of trademark registrations and pending applications for registration of FLAVCITY® and FLAVCITY CAFÉ™, including, *inter alia*, U.S. Trademark Reg. No. 7855671 for FLAVCITY® for online retail services featuring functional beverages and U.S. Trademark Reg. No. 6907201 for FLAVCITY® for various types of beverages and dietary and nutritional supplement drink mixes.

22. FlavCity promotes, offers for sale, and sells a range of beverages and other products through third-party retailers as well as direct-to-consumer through a website located at https://www.shopflavcity.com/ (the "FlavCity Website").

23. In addition, Parrish regularly promotes FLAVCITY®-branded products through social media platforms such as YouTube.

24. FlavCity's marketing and promotion centers around the house mark FLAVCITY®, with its product offerings typically named in a descriptive manner in order for consumers to easily understand what they are. For example, FlavCity's flagship product is the FLAVCITY® "All-in-One Protein Smoothie Power."

25. FlavCity recently extended its beverage line by adding an instant coffee product it calls the FLAVCITY® CAFÉ "Coffee with Benefits" (the "FlavCity Product").

26. The FlavCity Product consists of instant coffee crystals with added: collagen protein for healthy joints, skin, and hair; prebiotic fiber for gut health; caffeine for a pick-me-up; MCT oil for energy, mental focus, and satiety; and L-theanine to support calm, relaxed focus. It comes in medium roast, mocha, and cinnamon varieties.

27. FlavCity packages the FlavCity Product in a square-shaped pouch that prominently features FlavCity's proprietary light blue, white, and pink FLAVCITY CAFÉ logo and an image of a spoonful of the coffee crystals above the descriptive phrase "coffee with benefits," with those benefits listed on both sides of the phrase, as shown below:




28. FlavCity recently began selling the FlavCity Product online and in Target retail stores.

29. FlavCity has not sought a federal trademark registration for the descriptive phrase "coffee with benefits."

**Peak State's Mushroom-Infused Coffee**

30. Upon information and belief, Peak State is a Colorado-based business founded by an individual named Daniel Walsh who sought to improve his gut health through the use of wild chaga mushrooms. Upon information and belief, Walsh began infusing coffee with functional mushrooms (the "Peak State Product") and offering it for sale under the PEAK STATE® brand.

31. Peak State offers the Peak State Product for sale on a website located at https://peakstatecoffee.com/ (the "Peak State Website"), which prominently features the unique PEAK STATE® logo, mountain imagery, and a predominantly orange color scheme:




32. The Peak State Product is packaged in the traditional, rectangular size and shape of a package of coffee beans and is emblazoned with the PEAK STATE® mark and logo above the informational and descriptive phrase "coffee with benefits," with distinctive mountain imagery:




33. The Peak State Website describes the Peak State Product as "coffee with benefits," explaining: "…[W]e've made it so that you can brew a quality cup of our delicious ***coffee that includes the benefits*** of the botanicals. This is our Coffee With Benefits® botanically infused coffee!" (emphasis added).

34. According to the Peak State Website, "you can enjoy a quality cup [of the Peak State Product] while feeling the difference of ***powerful benefits with every sip***" (emphasis added).

35. On December 7, 2021, Peak State filed an application for registration of the phrase "COFFEE WITH BENEFITS" (the "Peak State Claimed Mark"). That application matured to U.S. Reg. No. 6707554, issued April 19, 2022 for the Peak State Claimed Mark (with exclusive rights in the term "coffee" disclaimed) for use in connection with "coffee; coffee beans; ground coffee" in International Class 30.

36. The Peak State Website also advertises for sale a canned drink product called "cold brew with benefits" which is described as "creamy cold brew coffee ***with the added benefits of five functional ingredients***" (emphasis added).

37. Although Peak State does not appear to use the phrase "cold brew with benefits" in connection with either coffee beans or ground coffee beans, Peak State owns U.S. Reg. No. 7454151, issued on July 23, 2024 for the phrase "COLD BREW WITH BENEFITS" (with exclusive rights in "cold brew" disclaimed) for use in connection with "Coffee; Coffee beans; Ground coffee beans" in International Class 30. U.S. Reg. Nos. 6707554 and 7454151 are referred to herein collectively as the "Peak State Registrations."

38. Peak State claims nationwide, exclusive rights in the Peak State Claimed Mark based on its federal trademark registration and its nationwide distribution network.

39. Upon information and belief, Peak State sells the Peak State Product under the Peak State Claimed Mark both directly to consumers on the Peak State Website and through third-party retailers such as Amazon.com. Upon information and belief, through those channels Peak State markets and sells the Peak State Product to consumers in Illinois under the Peak State Claimed Mark.

**The Parties' Dispute**

40. Upon information and belief, on August 12, 2026, Daniel Walsh at Peak State sent a notice to Target Brands asserting that FlavCity was infringing the Peak State Claimed Mark.

41. Upon information and belief, on August 24, 2026, counsel for Peak State sent an email to Target Brands demanding that Target "immediately cease and desist all use of [coffee with benefits] and any similar designation in connection with any coffee product [and] that all

packaging using the COFFEE WITH BENEFITS mark be removed from your shelves and warehouse and destroyed."

42. On August 25, 2026, FlavCity was informed by Target of the communications Target had received from Peak State.

43. FlavCity later learned that on August 24, 2026, in addition to sending a demand to Target, counsel for Peak State sent a demand letter to an entity related to FlavCity asserting, *inter alia*, that:

a. FlavCity's use of "coffee with benefits" in connection with the FlavCity Product is "clear infringement of Peak State's Federal trademark rights in and to the COFFEE WITH BENEFITS® mark in violation of 15 U.S.C. §§ 1114 and 1125(a).";

b. "FlavCity's blatantly infringing conduct is occurring in multiple places and forms"; and

c. "FlavCity's use is [] unauthorized in every respect."

The letter concluded with a litany of demands, including that FlavCity "[r]ecall or cause the removal of all infringing product listings, packaging, and advertising from all retail and online channels, including but not limited to Target.com" and "[d]estroy all physical packaging and advertisements bearing ['coffee with benefits']." A true and correct copy of the August 24, 2026 demand letter is attached as **Exhibit A** hereto.

44. On September 8, 2026, FlavCity received an email notification from Shopify, the platform on which FlavCity hosts its e-commerce website. The email stated that "Products on Shop FlavCity are at risk of being suspended" based on a trademark notice submitted by Peak State. Peak State's trademark notice cited the registration for the Peak State Claimed Mark as a basis for removal of what Peak State deemed allegedly infringing website content.

45. FlavCity maintains that it is using the phrase "coffee with benefits" descriptively. It maintains that FlavCity, along with all other third parties that have been using the same phrase

for many years, should be allowed to coexist and to inform consumers of the nature of their functional coffee products. For that reason, FlavCity seeks a declaration of rights from this Court as well as cancellation of both of the Peak State Registrations based on descriptiveness.

## COUNT I

## DECLARATORY JUDGMENT OF NON-INFRINGEMENT

46. FlavCity repeats and incorporates by reference the allegations contained in Paragraphs 1 through 45 as if fully set forth herein.

47. An actual, present, and justiciable controversy exists between FlavCity and Peak State regarding FlavCity's alleged infringement of the Peak State Claimed Mark and FlavCity's right to use the descriptive phrase "coffee with benefits" in connection with the FlavCity Product, as alleged in Peak State's counsel's August 24, 2026 demand letter.

48. Peak State has made clear its position that FlavCity's use of "coffee with benefits" infringes the Peak State Claimed Mark and is demanding a complete and permanent phase-out of that phrase, a position that irreparably injures FlavCity and adversely affects its business.

49. FlavCity does not infringe any intellectual property rights belonging to Peak State.

50. The dispute between FlavCity and Peak State is substantial, definite, immediate, and not hypothetical. Based on Peak State's demand letter, FlavCity has a reasonable apprehension that Peak State will file a trademark infringement action against FlavCity regarding the use by FlavCity of the descriptive phrase "coffee with benefits" in connection with the FlavCity Product.

51. To resolve the legal and factual questions Peak State has raised and to afford relief from the uncertainty and controversy that Peak State's actions have caused, FlavCity seeks

and is entitled to a declaratory judgment of its right to use "coffee with benefits" under 28 U.S.C. §§ 2201-02, including a declaration that the descriptive phrase "coffee with benefits," when used in conjunction with the FLAVCITY® house mark and distinctive packaging and source-identifying marketing materials, does not infringe the Peak State Claimed Mark.

52. Given the crowded field of identical and similar marks for functional coffee, and the prominent use of the FlavCity and Peak State house marks in connection with the parties' products, there is no likelihood that relevant consumers will be confused by FlavCity's use of "coffee with benefits" in connection with the FlavCity Product and Peak State's use of the Peak State Claimed Mark in connection with the Peak State Product.

53. FlavCity therefore requests the Court declare that that FlavCity's use of "coffee with benefits" in connection with the FlavCity Product does not infringe any intellectual property rights owned by Peak State.

**COUNT II**

**CANCELLATION OF THE PEAK STATE TRADEMARK REGISTRATIONS**

54. FlavCity repeats and incorporates by reference the allegations contained in Paragraphs 1 through 45 as if fully set forth herein.

55. Pursuant to Section 37 of the U.S. Trademark Act, 15 U.S.C. § 1119, this Court has the power to order cancellation of the Peak State Registrations.

56. FlavCity has been, and will continue to be, harmed by the continued registration of the marks shown in the Peak State Registrations because Peak State is using those registrations to assert its alleged rights over FlavCity.

57. Moreover, FlavCity, along with numerous third parties, need to be able to use the phrase "coffee with benefits" to describe their functional coffee products.

58. The Peak State Registrations were issued less than five years from the time of filing of this lawsuit, and thus the Peak State Registrations are subject to cancellation pursuant to Section 14 of the Trademark Act, 15 U.S.C. § 1064.

59. Section 2(e) of the Trademark Act, 15 U.S.C. § 1052(e), prohibits registration of marks that are merely descriptive of the identified goods.

60. Peak State uses and has obtained registration for marks that are merely descriptive of the Peak State Products, *i.e.* functional coffee and cold brew products.

61. Therefore, the Court should cancel the Peak State Registrations on the basis that the marks shown in those registrations are merely descriptive of the respective goods for which they are registered.

**PRAYER FOR RELIEF**

WHEREFORE, FlavCity prays for a judgment:

1. Declaring that FlavCity's use of "coffee with benefits" in connection with the FlavCity Product does not infringe the Peak State Claimed Mark;

2. Declaring that FlavCity has the right to continue to use "coffee with benefits" in connection with the FlavCity Product, free from interference from Peak State, its officers, agents, employees, attorneys, representatives, successors and assigns, and any and all other persons acting in active concert or participation with or under authority of Peak State;

3. Declaring that the marks that are the subject of the Peak State Registrations are both merely descriptive, and thus unregistrable pursuant to 15 U.S.C. § 1052(e);

4. Cancelling both of the Peak State Registrations;

5. Awarding FlavCity its costs in this action;

6. Finding that this case is "exceptional" under 15 U.S.C. § 1117 and awarding FlavCity its attorneys' fees associated with this action; and

7. For such other relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b), FlavCity demands a trial by jury on all issues so triable.

DATED: September 9, 2026

Respectfully Submitted,

**FLAVCITY HEALTH, LLC**

By its attorneys,

*/s/ Paul Yovanic, Jr.* .

Paul J. Yovanic Jr.
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
pyovanic@seyfarth.com

Kenneth L. Wilton*
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
kwilton@seyfarth.com

Lauren Gregory Leipold*
SEYFARTH SHAW LLP
1075 Peachtree St. NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
lleipold@seyfarth.com

*applying for admission *pro hac vice*